FILED

Sep 16 2021
11:32 am

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY      s/ emilybl            DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

April 2021 Grand Jury

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

ROBERTO PARTIDA GUILLEN,

        Defendant.

Case No.        '21 CR2713 GPC

I N D I C T M E N T

Title 21, U.S.C., Secs. 952
and 960 – Importation of
Methamphetamine and Fentanyl

    The grand jury charges:

Count 1

    On or about September 3, 2021, within the Southern District of California, defendant ROBERTO PARTIDA GUILLEN did knowingly and intentionally import 500 grams and more, to wit: approximately 33.82 kilograms (74.04 pounds) of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//

//

//

//

KIGR:cms:San Diego:9/15/21

Count 2

On or about September 3, 2021, within the Southern District of California, defendant ROBERTO PARTIDA GUILLEN did knowingly and intentionally import 40 grams and more, to wit: approximately 316 grams (0.69 pounds), of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: September 16, 2021.

A TRUE BILL:

RANDY S. GROSSMAN
Acting United States Attorney

By: _____ for
KIRIAKI GRAMMENIDIS
Assistant U.S. Attorney

2