RANDY S. GROSSMAN
United States Attorney
KIRIAKI GRAMMENIDIS
Assistant U.S. Attorney
Ohio Bar No. 0098984
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-8836
Email: Kiriaki.Grammenidis@usdoj.gov

Attorneys for the United States

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROBERTO PARTIDA GUILLEN, <br><br> Defendant. | Case No. 21-CR-2713-GPC <br><br> **GOVERNMENT MOTION TO DISMISS THE INDICTMENT** <br><br> Hon. Gonzalo P. Curiel |

The UNITED STATES OF AMERICA, by and through its counsel, RANDY S. GROSSMAN, United States Attorney, and Kiriaki Grammenidis, Assistant United States Attorney, respectfully requests that pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Court dismiss without prejudice the Indictment in the above-referenced matter. At this time, we have revaluated our ability to prosecute this case consistent with our discovery obligations. Accordingly, the United States, in an exercise of its prosecutorial discretion, moves to dismiss the Indictment without prejudice in the interests of justice and judicial economy.

| | | |
|---|---|---|
| 1 | DATED: December 6, 2022 | Respectfully submitted, |
| 2 | | RANDY S. GROSSMAN<br>United States Attorney |
| 3 | | |
| 4 | | */s/ Kiriaki Grammenidis* |
| 5 | | Kiriaki Grammenidis<br>Assistant U. S. Attorney |

2